```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
VICTOR ARANA,                           :
                  Plaintiff,            :
                                        :     10 Civ. 7624 (DLC)
          -v-                           :
                                        :          ORDER
                                        :
THE CITY NEW YORK, POLICE OFFICER       :
RAYMOND BERKE, POLICE OFFICER JOHN DOE  :
1-3,                                    :
                  Defendants.           :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    By letter dated November 8, 2010, the City of New York, through the Corporation Counsel's Office of the New York City Law Department, requests an extension of time to answer the complaint and that the December 17 initial pretrial conference be rescheduled. It is hereby

    ORDERED that the defendants' request is granted. Defendants shall answer or move by **January 10, 2011**.

    IT IS FURTHER ORDERED that initial pretrial conference is adjourned to **January 21, 2011** at **2:30 p.m.** in Courtroom 11B.

Dated:    New York, New York
           November 9, 2010

                                                _____
                                                      DENISE COTE
                                       United States District Judge

ECF NOTICE TO BE SENT TO:

Robert J. Marinelli, Esq.

COPIES MAILED TO:

Elan Parra
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, NY 10007